```
CSINIB02/CINIB02         TEXAS DEPARTMENT OF CRIMINAL JUSTICE          06/12/25
1EEQ/OM00049                    IN-FORMA-PAUPERIS DATA                 12:18:33
TDCJ#: 00999558 SID#: 07972946 LOCATION: POLUNSKY        INDIGENT DTE:
NAME: MILAM,BLAINE KEITH                       BEGINNING PERIOD: 12/01/24
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          66.31 TOT HOLD AMT:          0.00 3MTH TOT DEP:      730.00
6MTH DEP:          1,280.00 6MTH AVG BAL:        166.77 6MTH AVG DEP:      213.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/25       151.86         200.00         02/25       202.31         150.00
04/25       301.81          80.00         01/25       293.66         200.00
03/25       531.86         450.00         12/24       255.61         200.00
```

STATE OF TEXAS COUNTY OF **Polk**
ON THIS THE **12** DAY OF **06 2025**, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



MARIA OROSCO
Notary Public, State of Texas
Notary without Bond
Comm. Expires 02/23/2029
Notary ID 135503679

