

SOUTHWESTERN
**INSTITUTE OF FORENSIC SCIENCES**
AT DALLAS

Forensic Biology Unit

2355 N. Stemmons Freeway
Dallas, Texas 75207

FILED AUG 12 2025

August 12, 2025

| | | | |
|---|---|---|---|
| **Investigating Agency:** | DA Michael Jimerson<br>Rusk County District Attorney's Office<br>115 N. Main Street, Suite 302<br>Rusk, TX 75652 | **Laboratory #:** | 08P2031 |
| | | **Request #:** | 004 |
| | | **Agency #:** | 08015807 (Rusk County SO) |
| | | **Complainant:** | Amora Carson |
| | | **Suspects:** | Jessica Carson, Blaine Milam |
| | | **Offense:** | Capital Murder |

## CORRECTED TEST REPORT - DNA

The purpose of this report is to provide a reinterpretation and corrected statistical analysis for the items listed below. This correction was necessitated by updates to the Institute's guidelines for STR profile interpretation (issued 2/29/2016) as a result of the Texas Forensic Science Commission's 2015 statewide review of mixture interpretation practices and procedures. This report supersedes the DNA test reports dated March 5, 2009, January 12, 2010, April 27, 2010, April 28, 2010, and November 9, 2010.

**EVIDENCE:**

Received from Forensic Pathology:

| | |
|---|---|
| 16 | Autopsy blood standard from Amora Carson |
| 19A | Vaginal swab |
| 19C | Anal swab |
| 19E | Oral swab |
| 20A | Swab – "anterior neck" |
| 20C | Swab – "chin" |
| 20I | Swab – "left elbow" |
| 20J | Swab – "left knee" |
| 20Q | Swab – "right upper forearm" |
| 20R | Swab – "distal anterior right forearm" |
| 20S | Swab – "superior to right knee" |
| 20Y | Swab – "distal right forearm |

Received from Rusk County Sheriff's Office:

| | |
|---|---|
| 1 | Buccal swab standard from Blaine Milam |
| 3 | Buccal swab standard from Jessica Carson |
| 7A | Swab – "…rt. leg" |
| 7B | Swab – "…rt. arm" |
| 7C | Swab – "…lt. leg" |
| 7D | Swab – "…left ear" |
| 7E | Swab – "…lt. arm" |
| 7F | Swab – "…chest" |

Analyst Initials AW

| | |
|---|---|
| 9D | Swab – "…lt side door handle" |
| 10A | Shirt – "…Blaine Milam" |
| 10B | Sock – "…Blaine Milam" |
| 10C | Sock – "…Blaine Milam" |
| 10E | Boxers – "…Blaine Milam" |
| 10F | Jeans – "…Blaine Milam" |
| 12A | Boot - right |
| 12B | Boot - left |
| 13A | Bra – "…Jessica Carson" |
| 13B | Right shoe – "…Jessica Carson" |
| 13C | Left shoe – "…Jessica Carson" |
| 13D | Shirt – "…Jessica Carson" |
| 13E | Pants – "…Jessica Carson" |
| 13F | Jacket – "…Jessica Carson" |
| 14A | Shirt – "…Danny Milam" |
| 14B | Jeans – "…Danny Milam" |
| 28 | Blanket |
| 29A | Diaper |
| 29C | Baby wipe |
| 30 | Footed Sleeper |
| 31 | Baby wipes |
| 34 | Swab – "…doorway…bedroom" |
| 35 | Swabs – "…master bedroom mattress…" |
| 38 | Jeans |
| 39 | Steel bar |
| 40A | Zip-lock bag |
| 40B | Pipe wrench |

Received from Texas Attorney General's Office:

| | |
|---|---|
| 42 | Buccal swab standard from Danny Milam (elimination) |
| 43 | Swab – "…edge of…tile…" |
| 44 | Swab – "…on…tile…" |
| 50A | Buccal swab standard from Blaine Milam |

**<u>TESTING PERFORMED</u>:**

**Part A. DNA Testing**

Portions of the following stored samples were subjected to a chemical process to extract deoxyribonucleic acid (DNA).

| | |
|---|---|
| 1 | Buccal swab standard from Blaine Milam |
| 3 | Buccal swab standard from Jessica Carson |
| 7A | Swab – "…rt. leg" |
| 7B | Stained swab – "…rt. arm" |
| 7C | Stained swab – "…lt. leg" |
| 7D | Swab – "…left ear" |
| 7E | Stained swab – "…lt. arm" |
| 7F | Swab – "…chest" |
| 9D | Stained swab – "…lt side door handle" |
| 10AT1 | Swabbing of shirt – "…Blaine Milam" |
| 10BT1 | Stain from sock – "…Blaine Milam" |
| 10CT1 | Swabbing of sock – "…Blaine Milam" |

Analyst Initials AW

| | |
|---|---|
| 10ET1 | Swabbing of boxers – "…Blaine Milam" |
| 10FT1 | Stain from jeans – "…Blaine Milam" |
| 12AT1 | Swabbing of boot - right |
| 12BT1 | Swabbing of boot - left |
| 13AT1 | Swabbing of bra – "…Jessica Carson" |
| 13BT1 | Swabbing of right shoe – "…Jessica Carson" |
| 13CT1 | Swabbing of left shoe – "…Jessica Carson" |
| 13DT1 | Swabbing of shirt – "…Jessica Carson" |
| 13ET1 | Swabbing of pants – "…Jessica Carson" |
| 13FT1 | Stain from jacket – "…Jessica Carson" |
| 14AT1 | Stain from shirt – "…Danny Milam" |
| 14AT2 | Stain from shirt – "…Danny Milam" |
| 14AT3 | Stain from shirt – "…Danny Milam" |
| 14BT1 | Stain from jeans – "…Danny Milam" |
| 14BT2 | Stain from jeans – "…Danny Milam" |
| 14BT3 | Swabbing of jeans – "…Danny Milam" |
| 16 | Autopsy blood standard from Amora Carson |
| 19A | Vaginal swab |
| 19C | Anal swab |
| 19E | Oral swab |
| 20A | Stained swab – "anterior neck" |
| 20C | Stained swab – "chin" |
| 20I | Swab – "left elbow" |
| 20J | Swab – "left knee" |
| 20Q | Stained swab – "right upper forearm" |
| 20R | Stained swab – "distal anterior right forearm" |
| 20S | Stained swab – "superior to right knee" |
| 20Y | Swab – "distal right forearm |
| 28T1 | Stain from blanket |
| 29AT1 | Swabbing of diaper |
| 29AT2 | Stain from diaper |
| 29CT1 | Stain from baby wipe |
| 30T1 | Stain from footed sleeper |
| 30T2 | Stain from footed sleeper |
| 31AT1 | Stain from baby wipe |
| 34 | Stained swab – "…doorway…bedroom" |
| 35 | Stained swabs – "…master bedroom mattress…" |
| 38T1 | Stain from jeans |
| 39T1 | Swabbing of steel bar |
| 39T2 | Swabbing of steel bar |
| 40AT1 | Swabbing of zip-lock bag |
| 40BT1 | Swabbing of pipe wrench |
| 40BT2 | Swabbing of pipe wrench |
| 42 | Buccal swab standard from Danny Milam (elimination) |
| 43 | Stained swab – "…edge of…tile…" |
| 44 | Stained swab – "…on…tile…" |
| 50A | Buccal swab standard from Blaine Milam |

The DNA extracts from the above listed samples were then amplified using the Polymerase Chain Reaction method, and typed for Amelogenin and the following nine short tandem repeat (STR) systems: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Analyst Initials ________

The DNA extracts from the following samples were amplified and typed for four additional STR systems: D16S539, TH01, TPOX, and CSF1PO:

16 Autopsy blood standard from Amora Carson
20C Stained swab – "chin"
50A Buccal swab standard from Blaine Milam

The results reported apply only to tested items.

**Part B. Profile Interpretation**

Following amplification, each resulting DNA profile was interpreted using the Institute's current guidelines for STR profile interpretation.

For each DNA profile, the estimated number of contributors was calculated for each resulting DNA profile by allele count combined with an assessment of allele peak heights. Based upon the number of contributors, the peak heights of the detected alleles, and information regarding known or reasonably known contributors, each DNA profile was classified as being in one of the following DNA profile categories:

| Category | Description |
|---|---|
| Single Source | A DNA profile from a single contributor. Each locus in the profile showed either one allele, or two alleles that were balanced in peak height. |
| Simple Mixture | A mixed profile from 2 or more contributors that could not be reliably resolved into major and minor/trace-minor components. |
| Major - Minor Mixture | A mixed profile from 2 or more contributors that could be reliably resolved into major and minor/trace-minor components at some or all loci. |
| Mixture - Subtraction | A mixed profile from 2 or more contributors that could be resolved using information about a known or reasonably assumed contributor to the sample. The DNA profile from the known or reasonably assumed contributor was subtracted from the profile to obtain additional information about the unknown contributor(s) to the profile. |

Depending on the quality and/or quantity of DNA in a sample, genetic information may not have been obtained for each typing locus. DNA profiles fall into one of the following categories:

| Category | Description |
|---|---|
| Complete | A full DNA profile for all contributors was obtained from the sample. |
| Incomplete | A full DNA profile for all contributors was not obtained for this sample. There are one or more alleles that were not detected. |
| Possibly Incomplete | There is the possibility that a full DNA profile for all contributors was not obtained for this sample. |

Profiles were then evaluated to determine if sufficient genetic information was available to interpret the profile for the purpose of source attribution (i.e., inclusion and exclusion). Profiles were evaluated as being:

| Category | Description |
|---|---|
| Interpreted | Interpreted for source attribution. |
| Not Interpreted | Not interpreted for source attribution due to limited genetic information. |
| Exclusionary Purposes Only | Interpreted for exclusionary purposes only due to the number of contributors. |

When applicable, profiles obtained from evidence samples were then compared to the profiles of one or more known individuals to determine if any of these individuals were a possible source of, or contributor to, the DNA profile obtained from each evidence sample.

**Part C. Statistical Analysis**
For each inclusion, a statistical weight was calculated using one of the following generally accepted approaches:

- Combined probability of inclusion [CPI]
- Modified random match probability [mRMP]
- Likelihood ratio [LR]

Statistical analyses were performed using the NIST 1036 Revised U.S. Population Dataset (July 2017) of STR population frequencies provided by the National Institute of Standards and Technology (NIST) for the following population groups: African American, Asian, Caucasian, and Hispanic (CR Steffen et al., Forensic Sci Int Genet 31, e36-e40, 2017). The most conservative statistic(s) have been provided.

**RESULTS AND CONCLUSIONS:**

**Table 1. DNA Typing Results[1]**

| Sample Number | Sample Description | Profile Description | | | |
|---|---|---|---|---|---|
| | | Contributors | Profile Type[1] | Completeness | Interpretation |
| 1 | Buccal swab standard from Blaine Milam | 1 | Single Source | Complete | Interpreted |
| 3 | Buccal swab standard from Jessica Carson | 1 | Single Source | Complete | Interpreted |
| 7A | Swab – "…rt. leg" | No DNA profile was obtained for this sample. | | | |
| 7B | Stained swab – "…rt. arm" | No DNA profile was obtained for this sample. | | | |
| 7C | Stained swab – "…lt. leg" | No DNA profile was obtained for this sample. | | | |
| 7D | Swab – "…left ear" | No DNA profile was obtained for this sample. | | | |
| 7E | Stained swab – "…lt. arm" | No DNA profile was obtained for this sample. | | | |
| 7F | Swab – "…chest" | No DNA profile was obtained for this sample. | | | |
| 9D | Stained swab – "…lt side door handle" | No DNA profile was obtained for this sample. | | | |
| 10AT1 | Swabbing of shirt – "…Blaine Milam" | 2 | Major-Minor | Incomplete | Interpreted |
| 10BT1 | Stain from sock – "…Blaine Milam" | No DNA profile was obtained for this sample. | | | |
| 10CT1 | Swabbing of sock – "…Blaine Milam" | No DNA profile was obtained for this sample. | | | |
| 10ET1 | Swabbing of boxers – "…Blaine Milam" | No DNA profile was obtained for this sample. | | | |
| 10FT1 | Stain from jeans – "…Blaine Milam" | 2 | Major-Minor | Possibly Incomplete | Interpreted |
| 12AT1 | Swabbing of boot - right | No DNA profile was obtained for this sample. | | | |
| 12BT1 | Swabbing of boot - left | Only the X and Y chromosome gender markers were obtained for this sample. | | | Not Interpreted |
| 13AT1 | Swabbing of bra – "…Jessica Carson" | 2 | Major-Minor | Possibly Incomplete | Interpreted |
| 13BT1 | Swabbing of right shoe – "…Jessica Carson" | No DNA profile was obtained for this sample. | | | |
| 13CT1 | Swabbing of left shoe – "…Jessica Carson" | No DNA profile was obtained for this sample. | | | |
| 13DT1 | Swabbing of shirt – "…Jessica Carson" | 2 | Major-Minor | Possibly Incomplete | Interpreted |

[1]Parentheses indicate the number of contributors to the profile component.

Analyst Initials 

**Table 1. DNA Typing Results[1] (cont.)**

| Sample Number | Sample Description | Profile Description: Contributors | Profile Type[1] | Completeness | Interpretation |
|---|---|---|---|---|---|
| 13ET1 | Swabbing of pants – "…Jessica Carson" | 3 | Major (1) - Minor (2) | Possibly Incomplete | Interpreted |
| 13FT1 | Stain from jacket – "…Jessica Carson" | 1 | Single Source | Complete | Interpreted |
| 14AT1 | Stain from shirt – "…Danny Milam" | 1 | Single Source | Complete | Interpreted |
| 14AT2 | Stain from shirt – "…Danny Milam" | 1 | Single Source | Complete | Interpreted |
| 14AT3 | Stain from shirt – "…Danny Milam" | 1 | Single Source | Complete | Interpreted |
| 14BT1 | Stain from jeans – "…Danny Milam" | No DNA profile was obtained for this sample. | | | |
| 14BT2 | Stain from jeans – "…Danny Milam" | 1 | Single Source | Complete | Interpreted |
| 14BT3 | Swabbing of jeans – "…Danny Milam" | No DNA profile was obtained for this sample. | | | |
| 16 | Autopsy blood standard from Amora Carson | 1 | Single Source | Complete | Interpreted |
| 19A | Vaginal swab | 1 | Single Source | Complete | Interpreted |
| 19C | Anal swab | 1 | Single Source | Complete | Interpreted |
| 19E | Oral swab | 1 | Single Source | Complete | Interpreted |
| 20A | Stained swab – "anterior neck" | 1 | Single Source | Incomplete | Interpreted |
| 20C | Stained swab – "chin" | 2 | Mixture-Subtraction | Incomplete | Interpreted |
| 20I | Swab – "left elbow" | 2 | Mixture-Subtraction | Incomplete | Interpreted |
| 20J | Swab – "left knee" | 1 | Single Source | Incomplete | Interpreted |
| 20Q | Stained swab – "right upper forearm" | 1 | Single Source | Incomplete | Interpreted |
| 20R | Stained swab – "distal anterior right forearm" | 1 | Single Source | Incomplete | Interpreted |
| 20S | Stained swab – "superior to right knee" | No DNA profile was obtained for this sample. | | | |
| 20Y | Swab – "distal right forearm | Only the X chromosome gender marker was obtained for this sample. | | | Not Interpreted |
| 28T1 | Stain from blanket | 1 | Single Source | Complete | Interpreted |
| 29AT1 | Swabbing of diaper | No DNA profile was obtained for this sample. | | | |
| 29AT2 | Stain from diaper | 1 | Single Source | Complete | Interpreted |
| 29CT1 | Stain from baby wipe | 1 | Single Source | Complete | Interpreted |
| 30T1 | Stain from footed sleeper | No DNA profile was obtained for this sample. | | | |
| 30T2 | Stain from footed sleeper | 1 | Single Source | Complete | Interpreted |
| 31AT1 | Stain from baby wipe | 1 | Single Source | Complete | Interpreted |
| 34 | Stained swab – "…doorway…bedroom" | No DNA profile was obtained for this sample. | | | |
| 35 | Stained swabs – "…master bedroom mattress…" | 2 | Major-Minor | Incomplete | Interpreted |
| 38T1 | Stain from jeans | 1 | Single Source | Complete | Interpreted |
| 39T1 | Swabbing of steel bar | No DNA profile was obtained for this sample. | | | |
| 39T2 | Swabbing of steel bar | No DNA profile was obtained for this sample. | | | |
| 40AT1 | Swabbing of zip-lock bag | No DNA profile was obtained for this sample. | | | |
| 40BT1 | Swabbing of pipe wrench | No DNA profile was obtained for this sample. | | | |
| 40BT2 | Swabbing of pipe wrench | No DNA profile was obtained for this sample. | | | |
| 42 | Buccal swab standard from Danny Milam | 1 | Single Source | Complete | Interpreted |
| 43 | Stained swab – "…edge of…tile…" | 1 | Single Source | Complete | Interpreted |
| 44 | Stained swab – "…on…tile…" | No DNA profile was obtained for this sample. | | | |
| 50A | Buccal swab standard from Blaine Milam | 1 | Single Source | Complete | Interpreted |

[1]Parentheses indicate the number of contributors to the profile component.

Analyst Initials ______

**NOTE:** Two separate buccal swab standards were submitted for Blaine Milam (item 1 and item 50A). The DNA profile obtained for item 1 was consistent with the DNA profile obtained for item 50A. Therefore for the purpose of this report, the DNA profile obtained for item 50A (Buccal swab standard from Blaine Milam) was used for comparison purposes.

**Table 2. Conclusions with most conservative statistic for inclusions[1,2,3]**

| Sample Number | Sample Description | Comments | Individuals | | | |
|---|---|---|---|---|---|---|
| | | | Amora Carson | Jessica Carson | Danny Milam | Blaine Milam |
| 10AT1 | Swabbing of shirt – "…Blaine Milam" | | Included [1-in-674G] | Included [1-in-2] | Included [1-in-2] | Included [1-in-2] |
| 10FT1 | Stain from jeans – "…Blaine Milam" | | Included [1-in-374] | Excluded | Excluded | Included [1-in-2.3T] |
| 13AT1 | Swabbing of bra – "…Jessica Carson" | | Excluded | Included [1-in-343G] | Excluded | Excluded |
| 13DT1 | Swabbing of shirt – "…Jessica Carson" | | Excluded | Included [1-in-343G] | Excluded | Excluded |
| 13ET1 | Swabbing of pants – "…Jessica Carson" | A | Included [91-in-100] | Included [1-in-343G] | Included [91-in-100] | Included [91-in-100] |
| 13FT1 | Stain from jacket – "…Jessica Carson" | | Excluded | Excluded | Excluded | Included [1-in-2.3T] |
| 14AT1 | Stain from shirt – "…Danny Milam" | | Excluded | Excluded | Included [1-in-176G] | Excluded |
| 14AT2 | Stain from shirt – "…Danny Milam" | | Excluded | Excluded | Included [1-in-176G] | Excluded |
| 14AT3 | Stain from shirt – "…Danny Milam" | | Excluded | Excluded | Included [1-in-176G] | Excluded |
| 14BT2 | Stain from jeans – "…Danny Milam" | | Excluded | Excluded | Included [1-in-176G] | Excluded |
| 19A | Vaginal swab | | Included [ISNS] | N/A | N/A | N/A |
| 19C | Anal swab | | Included [ISNS] | N/A | N/A | N/A |
| 19E | Oral swab | | Included [ISNS] | N/A | N/A | N/A |
| 20A | Stained swab – "anterior neck" | | Included [ISNS] | N/A | N/A | N/A |
| 20C | Stained swab – "chin" | | Included [ISNS] | Excluded | Excluded | Included [<1-in-10T] |
| 20I | Swab – "left elbow" | | Included [ISNS] | Excluded | Excluded | Included [1-in-492,000] |
| 20J | Swab – "left knee" | | Included [ISNS] | N/A | N/A | N/A |

[1] SI symbols - M = Million ($10^6$); G = Billion ($10^9$); T = Trillion ($10^{12}$)
[2] Abbreviations – ECF = Epithelial cell fraction; SCF = Sperm cell fraction; ISNS = Item is an intimate sample collected from the individual; therefore, they are an expected contributor to the DNA profile obtained from this sample. No statistical weight provided; N/A = Not applicable. No non-victim genetic markers were detected; therefore, no conclusions were made; CNP = Comparison not possible due to profile completeness; Sp+ = Spermatozoa were detected by microscopic examination; Sp- = Spermatozoa were not detected by microscopic examination; A = Additional genetic marker(s) were detected that could not be attributed to the listed individuals; R = An additional genetic marker was detected at a trace level. Trace level genetic marker is consistent with recognized rare genetic events observed in a single contributor;
[3] Probabilities less than 1-in-10 trillion will be reported as "<1-in-10 T".

Analyst Initials 

**Table 2. Conclusions with most conservative statistic for inclusions[1,2,3] (cont.)**

| Sample Number | Sample Description | Comments | Individuals | | | |
|---|---|---|---|---|---|---|
| | | | Amora Carson | Jessica Carson | Danny Milam | Blaine Milam |
| 20Q | Stained swab – "right upper forearm" | | Included [ISNS] | N/A | N/A | N/A |
| 20R | Stained swab – "distal anterior right forearm" | | Included [ISNS] | N/A | N/A | N/A |
| 28T1 | Stain from blanket | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 29AT2 | Stain from diaper | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 29CT1 | Stain from baby wipe | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 30T2 | Stain from footed sleeper | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 31AT1 | Stain from baby wipe | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 35 | Stained swabs – "…master bedroom mattress…" | | Included [1-in-12.8G] | Excluded | Included [50-in-100] | Included [50-in-100] |
| 38T1 | Stain from jeans | | Included [1-in-674G] | Excluded | Excluded | Excluded |
| 43 | Stained swab – "…edge of…tile…" | | Included [1-in-674G] | Excluded | Excluded | Excluded |

[1] SI symbols - M = Million ($10^6$); G = Billion ($10^9$); T = Trillion ($10^{12}$)
[2] Abbreviations – ECF = Epithelial cell fraction; SCF = Sperm cell fraction; ISNS = Item is an intimate sample collected from the individual; therefore, they are an expected contributor to the DNA profile obtained from this sample. No statistical weight provided; N/A = Not applicable. No non-victim genetic markers were detected; therefore, no conclusions were made; CNP = Comparison not possible due to profile completeness; Sp+ = Spermatozoa were detected by microscopic examination; Sp- = Spermatozoa were not detected by microscopic examination; A = Additional genetic marker(s) were detected that could not be attributed to the listed individuals; R = An additional genetic marker was detected at a trace level. Trace level genetic marker is consistent with recognized rare genetic events observed in a single contributor;
[3] Probabilities less than 1-in-10 trillion will be reported as "<1-in-10 T".

**<u>LIMITATIONS OF THE DNA TEST RESULTS:</u>**

The DNA results presented in this report **<u>do not</u>** provide information regarding:

- how the DNA was transferred to the item,
- when the transfer occurred, or
- the specific biological source (e.g., blood, saliva, skin cells) of the DNA.

These DNA results provide information regarding the possible source(s) or contributor(s) to a DNA profile detected on an item of evidence.

DNA may be deposited through two primary mechanisms:

- Direct transfer, which occurs when DNA is deposited directly from an individual to an object
- Indirect transfer, which involves the transfer of DNA via an intermediary surface or individual

It is important to note that an individual who had direct contact with an item may not necessarily leave behind detectable DNA. Alternatively, DNA from an individual who never had direct contact with an Item may still be detected. Therefore, the DNA results presented in this report should be considered within the context of the case facts.

Analyst Initials ________

**CODIS ENTRY:**

The DNA profile obtained from item 3 (buccal swab standard from Jessica Carson) was entered into the CODIS database and will be regularly searched at the state level. In the event that there is a database hit to this profile that provides investigative information, the laboratory will issue written notification. Written notification will also be issued if this profile is removed from the database in the future.

The DNA profile obtained from item 50A (buccal swab standard from Blaine Milam) was entered into the CODIS database and will be regularly searched at both the state and national levels. In the event that there is a database hit to this profile that provides investigative information, the laboratory will issue written notification. Written notification will also be issued if this profile is removed from the database in the future.

**DISPOSITION OF EVIDENCE:**

**Table 3. Submitted items/samples:**

| Item # | Description | Disposition§ |
|---|---|---|
| 1 | Buccal swab standard from Blaine Milam | Stored |
| 3 | Buccal swab standard from Jessica Carson | Stored |
| 7A | Swab – "…rt. leg" | Stored |
| 7B | Stained swab – "…rt. arm" | Stored |
| 7C | Stained swab – "…lt. leg" | Stored |
| 7D | Swab – "…left ear" | Stored |
| 7E | Stained swab – "…lt. arm" | Stored |
| 7F | Swab – "…chest" | Stored |
| 9D | Stained swab – "…lt side door handle" | Stored |
| 10AT1 | Swabbing of shirt – "…Blaine Milam" | Stored |
| 10BT1 | Stain from sock – "…Blaine Milam" | Stored |
| 10CT1 | Swabbing of sock – "…Blaine Milam" | Stored |
| 10ET1 | Swabbing of boxers – "…Blaine Milam" | Stored |
| 10FT1 | Stain from jeans – "…Blaine Milam" | Stored |
| 12AT1 | Swabbing of boot - right | Stored |
| 12BT1 | Swabbing of boot - left | Stored |
| 13AT1 | Swabbing of bra – "…Jessica Carson" | Stored |
| 13BT1 | Swabbing of right shoe – "…Jessica Carson" | Stored |
| 13CT1 | Swabbing of left shoe – "…Jessica Carson" | Stored |
| 13DT1 | Swabbing of shirt – "…Jessica Carson" | Stored |
| 13ET1 | Swabbing of pants – "…Jessica Carson" | Stored |
| 13FT1 | Stain from jacket – "…Jessica Carson" | Stored |
| 14AT1 | Stain from shirt – "…Danny Milam" | Stored |
| 14AT2 | Stain from shirt – "…Danny Milam" | Stored |
| 14AT3 | Stain from shirt – "…Danny Milam" | Stored |
| 14BT1 | Stain from jeans – "…Danny Milam" | Stored |
| 14BT2 | Stain from jeans – "…Danny Milam" | Stored |
| 14BT3 | Swabbing of jeans – "…Danny Milam" | Stored |

§ **Consumed** = consumed for the testing performed for this report. **Stored** = stored for possible future testing.

Analyst Initials ________

**Table 3. Submitted items/samples: (cont.)**

| Item # | Description | Disposition§ |
|---|---|---|
| 16 | Autopsy blood standard from Amora Carson | Stored |
| 19A | Vaginal swab | Stored |
| 19C | Anal swab | Stored |
| 19E | Oral swab | Stored |
| 20A | Stained swab – "anterior neck" | Stored |
| 20C | Stained swab – "chin" | Stored |
| 20I | Swab – "left elbow" | Stored |
| 20J | Swab – "left knee" | Stored |
| 20Q | Stained swab – "right upper forearm" | Stored |
| 20R | Stained swab – "distal anterior right forearm" | Stored |
| 20S | Stained swab – "superior to right knee" | Stored |
| 20Y | Swab – "distal right forearm | Stored |
| 28T1 | Stain from blanket | Stored |
| 29AT1 | Swabbing of diaper | Stored |
| 29AT2 | Stain from diaper | Stored |
| 29CT1 | Stain from baby wipe | Stored |
| 30T1 | Stain from footed sleeper | Stored |
| 30T2 | Stain from footed sleeper | Stored |
| 31AT1 | Stain from baby wipe | Stored |
| 34 | Stained swab – "…doorway…bedroom" | Stored |
| 35 | Stained swabs – "…master bedroom mattress…" | Stored |
| 38T1 | Stain from jeans | Stored |
| 39T1 | Swabbing of steel bar | Stored |
| 39T2 | Swabbing of steel bar | Stored |
| 40AT1 | Swabbing of zip-lock bag | Stored |
| 40BT1 | Swabbing of pipe wrench | Stored |
| 40BT2 | Swabbing of pipe wrench | Stored |
| 42 | Buccal swab standard from Danny Milam | Stored |
| 43 | Stained swab – "…edge of…tile…" | Stored |
| 44 | Stained swab – "…on…tile…" | Stored |
| 50A | Buccal swab standard from Blaine Milam | Stored |

§ **Consumed** = consumed for the testing performed for this report. **Stored** = stored for possible future testing.

**Table 4. DNA extracts created during testing:**

| Item # | Description | Disposition§ |
|---|---|---|
| 1 | Buccal swab standard from Blaine Milam | Stored |
| 3 | Buccal swab standard from Jessica Carson | Stored |
| 7A | Swab – "…rt. leg" | Stored |
| 7B | Stained swab – "…rt. arm" | Stored |
| 7C | Stained swab – "…lt. leg" | Stored |
| 7D | Swab – "…left ear" | Stored |
| 7E | Stained swab – "…lt. arm" | Stored |
| 7F | Swab – "…chest" | Stored |
| 9D | Stained swab – "…lt side door handle" | Stored |
| 10AT1 | Swabbing of shirt – "…Blaine Milam" | Stored |
| 10BT1 | Stain from sock – "…Blaine Milam" | Stored |
| 10CT1 | Swabbing of sock – "…Blaine Milam" | Stored |

§ **Consumed** = consumed for the testing performed for this report. **Stored** = stored for possible future testing.

Analyst Initials 

**Table 4. DNA extracts created during testing: (cont.)**

| Item # | Description | Disposition§ |
|---|---|---|
| 10ET1 | Swabbing of boxers – "…Blaine Milam" | Stored |
| 10FT1 | Stain from jeans – "…Blaine Milam" | Stored |
| 12AT1 | Swabbing of boot - right | Stored |
| 12BT1 | Swabbing of boot - left | Stored |
| 13AT1 | Swabbing of bra – "…Jessica Carson" | Consumed |
| 13BT1 | Swabbing of right shoe – "…Jessica Carson" | Stored |
| 13CT1 | Swabbing of left shoe – "…Jessica Carson" | Stored |
| 13DT1 | Swabbing of shirt – "…Jessica Carson" | Stored |
| 13ET1 | Swabbing of pants – "…Jessica Carson" | Stored |
| 13FT1 | Stain from jacket – "…Jessica Carson" | Stored |
| 14AT1 | Stain from shirt – "…Danny Milam" | Stored |
| 14AT2 | Stain from shirt – "…Danny Milam" | Stored |
| 14AT3 | Stain from shirt – "…Danny Milam" | Stored |
| 14BT1 | Stain from jeans – "…Danny Milam" | Stored |
| 14BT2 | Stain from jeans – "…Danny Milam" | Stored |
| 14BT3 | Swabbing of jeans – "…Danny Milam" | Stored |
| 16 | Autopsy blood standard from Amora Carson | Stored |
| 19A | Vaginal swab | Stored |
| 19C | Anal swab | Stored |
| 19E | Oral swab | Stored |
| 20A | Stained swab – "anterior neck" | Stored |
| 20C | Stained swab – "chin" | Stored |
| 20I | Swab – "left elbow" | Stored |
| 20J | Swab – "left knee" | Stored |
| 20Q | Stained swab – "right upper forearm" | Stored |
| 20R | Stained swab – "distal anterior right forearm" | Stored |
| 20S | Stained swab – "superior to right knee" | Stored |
| 20Y | Swab – "distal right forearm | Stored |
| 28T1 | Stain from blanket | Stored |
| 29AT1 | Swabbing of diaper | Stored |
| 29AT2 | Stain from diaper | Stored |
| 29CT1 | Stain from baby wipe | Stored |
| 30T1 | Stain from footed sleeper | Stored |
| 30T2 | Stain from footed sleeper | Stored |
| 31AT1 | Stain from baby wipe | Stored |
| 34 | Stained swab – "…doorway…bedroom" | Stored |
| 35 | Stained swabs – "…master bedroom mattress…" | Stored |
| 38T1 | Stain from jeans | Stored |
| 39T1 | Swabbing of steel bar | Stored |
| 39T2 | Swabbing of steel bar | Stored |
| 40AT1 | Swabbing of zip-lock bag | Stored |
| 40BT1 | Swabbing of pipe wrench | Stored |
| 40BT2 | Swabbing of pipe wrench | Stored |
| 42 | Buccal swab standard from Danny Milam | Stored |
| 43 | Stained swab – "…edge of…tile…" | Stored |
| 44 | Stained swab – "…on…tile…" | Stored |
| 50A | Buccal swab standard from Blaine Milam | Stored |

§ **Consumed** = consumed for the testing performed for this report. **Stored** = stored for possible future testing.

Analyst Initials 

**ADDITIONAL COMMENTS:**
Supporting documentation for this report, including (as applicable) records such as evidence DNA profiles, bench notes, instrument printouts, photographs, review records, communication records, and other records pertaining to the examinations performed, are maintained by the laboratory and are available upon appropriate request. In the event additional analysis is required, please notify the Forensic Biology Unit as soon as possible.

Authorized by:

Stacy R. McDonald, Ph.D.
Deputy Chief of Physical Evidence
**Direct Line:** **214-920-5834**
**FAX:** **214-920-5813**
**E-mail:** **smcdonald@dallascounty.org**

**cc:** DCME#JP5098-08(DL);
Johnwayne Valdez, Rusk County Sheriff's Office, 210 West Charlevoix, Henderson, TX 75652;
Tomee Heining, Texas Attorney General's Office, Criminal Appeals, PO Box 12548, Austin, TX 78711-2548

Analyst Initials ____





**SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES AT DALLAS**

**Forensic Biology Unit**

**2355 N. Stemmons Fwy**
**Dallas, Texas 75207**

Laboratory # 08P2031

Date of Report 8/12/2025

Complainant Amora Carson

Signing Analyst S. McDonald

Examination type XX DNA (corrected)

**Technical Review**

By signing below, the technical reviewer acknowledges verifying the following elements of the report: the requested analyses have been completed, the analytical testing was performed correctly, the appropriate chain of custody documents have been completed, the report package and supporting documentation are editorially correct, all case notes/worksheets/electropherograms support the conclusions, the reported DNA profiles are supported by the data, the inclusions/exclusions are supported by the data, the expected results were obtained for all controls/internal lane standards/allelic ladders, the appropriate statistical weight was given for each inclusion, the results/conclusions are supported by the data, the report addresses each tested item, each page has been initialed by the signing analyst, and that the profiles entered into CODIS are eligible/correct/categorized correctly.

Reviewer Courtney Ferreira Date 8/12/2025

**Supervisory Review**

Reviewer [signature] Date 8/12/2025

Analyst Initials SM