IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blaine Keith Milam, § | Civil Case No. 6:25-cv-267 |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| Micheal E. Jimerson, Rusk County § | **Execution Scheduled for Sept. 25, 2025** |
| & District Attorney, § | |
| *Defendant*. § | |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Blaine Keith Milam gives notice that, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 4, he appeals to the United States Court of Appeals for the Fifth Circuit the August 29, 2025, Memorandum Opinion and Order Granting Motion to Dismiss regarding Mr. Milam's complaint under 42 U.S.C. § 1983, ECF No. 14, and the final judgment entered the same day, ECF No. 15. Mr. Milam was granted *in forma pauperis* status in the district court, ECF No. 3, and he requests the same in United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

DATE: September 2, 2025

>JASON D. HAWKINS
>Federal Public Defender
>
>*/s/ Jeremy Schepers*
>Jeremy Schepers*
>Supervisor, Capital Habeas Unit
>Texas Bar No. 24084578
>
>Office of the Federal Public Defender
>Northern District of Texas
>525 S. Griffin St., Ste. 629
>Dallas, TX 75202
>214-767-2746
>214-767-2886 (fax)
>jeremy_schepers@fd.org
>
>EMILY FOLLANSBEE
>Texas Bar No. 24124283
>efollansbee@texasdefender.org
>JARED TYLER
>Texas Bar No. 24042073
>jptyler@texasdefender.org
>TEXAS DEFENDER SERVICE
>P.O. Box 82236
>Austin, TX 78708
>Tel: 512-320-8300
>Fax: 512-477-2153
>
>Counsel for Plaintiff
>*Lead Attorney*

3

## CERTIFICATE OF SERVICE

      I certify that on September 2, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Eastern District of Texas using the electronic case-filing (ECF) system of the Court, which will serve all registered users in this case.

*/s/ Jeremy Schepers*
Jeremy Schepers
